USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2134 REINALDO RIVERA, Plaintiff, Appellant, v. KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Salvador E. Casellas, U.S. District Judge] Before Selya, Circuit Judge, Bownes, Senior Circuit Judge, and Stahl, Circuit Judge.     Salvador Medina De La Cruz on brief for appellant. Guillermo Gil, United States Attorney, Lilliam Mendoza Torro,Assistant United States Attorney, and Nancy B. Salafia, AssistantRegional Counsel, Social Security Administration, on brief forappellee.May 26, 1999   Per Curiam. Reinaldo Rivera appeals from the final decision of the Commissioner of Social Security denying him disability benefits. After careful review of the briefs and administrative and district court records, we affirm, substantially for the reasons given by the district court in its decision dated June 30, 1998 and by the magistrate judge in a report and recommendation dated April 16, 1998, which the district court approved and adopted. Affirmed.